UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN RE:**

Ezel Moore,
Myrna L Moore,

              DEBTORS.

_____/

CHAPTER 13
CASE NO. 21-49645-MLO
JUDGE MARIA L. OXHOLM

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

     **NOW COMES** the Chapter 13 Standing Trustee, David Wm. Ruskin, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to L.B.R. 3015-3(a) (E.D.M.) as follows:

     1.    Santander Consumer USA, Inc., has filed a secured proof of claim in the amount of $22,170.95 for a 2017 Cadillac ATS. The Plan does not treat the secured claim in the Plan as required by 11 U.S.C. §§ 1322 and 1325.

     2.    Debtor wife testified at the First Meeting of Creditors that Debtor wife receives $526.00 per month from Debtor wife's son to make payments for the 2017 Cadillac ATS. The son's contribution is not disclosed on Schedule I. Without such information the Trustee is unable to determine whether the Plan complies with 11 U.S.C. §1325.

     3.    Schedule I indicates that Debtors receive income from Debtors' son. Debtors have not filed an Affidavit or Unsworn Declaration under Penalty of Perjury signed by the person providing that support or income to confirm that the person intends to continue to do so for the duration of the Plan. Without that documentation, the Plan may not be feasible as required by 11 U.S.C. §1325(a)(6).

     **WHEREFORE,** the Chapter 13 Standing Trustee requests this Honorable Court deny confirmation of the debtors' Chapter 13 Plan unless modified to meet these objections or, in the Court's discretion, dismiss the Chapter 13 Case pursuant to 11 U.S.C. §1307(c) or provide such other relief as this Court deems appropriate.

                                  OFFICE OF DAVID WM. RUSKIN, STANDING
                                  CHAPTER 13 TRUSTEE

Dated: February 8, 2022        By: \_\_/s/ John P. Kapitan\_\_
                                    DAVID Wm. RUSKIN (P26803), Trustee
                                    LISA K. MULLEN (P55478), Staff Attorney
                                    JOHN P. KAPITAN (P61901), Staff Attorney
                                    1100 Travelers Tower, 26555 Evergreen Road
                                    Southfield, MI  48076-4251

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN RE:**

| | |
|---|---|
| Ezel Moore, | CHAPTER 13 |
| Myrna L Moore, | CASE NO. 21-49645-MLO |
| DEBTORS. | JUDGE MARIA L. OXHOLM |
| _____/ | |

## CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

I hereby certify that on February 8, 2022, I electronically filed the Trustee's Objections to Confirmation of Chapter 13 Plan with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

> JOHN A STEINBERGER & ASSOCIATES PC
> 17515 WEST NINE MILE RD #420
> SOUTHFIELD, MI 48075-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

> Ezel Moore
> Myrna L Moore
> 15400 Cruse
> Detroit, MI 48227-0000

> _____/s/ Vanessa Wild___
> Vanessa Wild
> For the Office of David Wm. Ruskin
> Chapter 13 Standing Trustee - Detroit
> 1100 Travelers Tower
> 26555 Evergreen Road
> Southfield, MI 48076-4251
> (248) 352-7755